```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

FEDERAL TRADE COMMISSION,    )
       Plaintiff,    )
                               )
   v.    )    Civil Action No. 97-1278
                               )
DAVISON ASSOCIATES, INC.,    )
 et al.,    )
       Defendants.    )

## ORDER OF FINAL JUDGMENT

AND NOW, this 17th day of March, 2006, in accordance with the accompanying Findings of Fact and Conclusions of Law and Order for Permanent Injunction, it is ORDERED that judgment shall be entered in favor of Federal Trade Commission and against defendants Davison & Associates, Inc., now known as Davison Design and Development, Inc., Manufacturer's Support Services, Inc. ("MSSI"), George M. Davison III, Gordon M. Davison, and Barbara Miele-Davison in the amount of $26 million, liability is joint and several with the exception of defendant Miele-Davison, whose liability is limited to $8 million. Monies collected on this judgment shall be deposited by the Federal Trade Commission in an interest bearing account for distribution pursuant to a disbursement plan to be approved by the court.

BY THE COURT:

*[signature]*

cc:   All Counsel of Record