IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>    Plaintiff,<br><br>   v.<br><br>DAVISON ASSOCIATES, INC.,<br> et al.,<br>    Defendants. | Civil Action No. 97-1278 |

PRE-HEARING MEMORANDUM

Gary L. Lancaster,
District Judge                                              April 24, 2006

AND NOW, this 24th day of April, 2006, IT IS HEREBY ORDERED that a hearing will be held in this matter on May 11, 2006, at 10:00 a.m. At that hearing the court will hear evidence and argument regarding the following matters raised by Defendants' Motion to Alter or Amend Judgment [doc. no. 247] and Plaintiff's Motion for the Appointment of an Auditor [doc. no. 253]:

(1) Defendants' request for modification and clarification of various terms and conditions of the March 17, 2006 Order for Permanent Injunction;

(2) Defendants' request for modification of the amount of consumer redress due to defendants' inability to pay;

(3) Defendants' request for a stay of the monetary portion of the March 17, 2006 order pending appeal (the parties are hereby notified that the court will specifically address the requirement of a supersedeas bond, and any waiver or modification of its amount, under Federal Rule of

Civil Procedure 62(d) at the hearing); and

(4) The basis for plaintiff's request for the appointment of an auditor.

The court will not address defendants' argument that the amount of consumer redress should be reduced due to the passage of the American Inventors Protection Act (the "AIPA"), as that issue has previously been ruled upon by the court. See Doc. No. 214. The court will also not consider any proposed plan for consumer redress prepared and to be administered privately by defendants. It is the province of the FTC under the court's March 17, 2006 order, and standard practice, to propose and administer a plan for consumer redress. The court will issue appropriate rulings on these matters in due course.

The court will not address defendants' arguments regarding the availability or proper calculation of restitution under section 13(b) of the FTC Act. The court will make its decision on these issues on the papers.

BY THE COURT,

/s/ _____, J.

cc: All Counsel of Record