IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FEDERAL TRADE COMMISSION, )
       Plaintiff, )
       )
v. ) Civil Action No. 97-1278
       )
DAVISON ASSOCIATES, INC., )
 et al., )
       Defendants. )

<u>ORDER</u>

AND NOW, this 18th day of May, 2006, IT IS HEREBY ORDERED that, defendants having demonstrated good cause, and the court having found extraordinary circumstances to exist, defendants shall post a supersedeas bond in the amount of $12 million by June 1, 2006.  Execution on the $26 million Judgment Order of March 17, 2006 is stayed until that date.

IT IS FURTHER ORDERED that a stay pending appeal, under the conditions read into the record in open court on May 12, 2006, shall be effective on the date that defendants post the required bond.  Should defendants fail to post the required bond by June 1, 2006, the interim stay shall be automatically lifted.

Defendants' motion to alter or amend judgment [doc. no. 247] was DENIED IN PART, and GRANTED IN PART, by oral rulings of the court on May 11, 2006 and May 12, 2006.  Plaintiff's motion for

the appointment of a receiver [doc. no. 253] was DENIED by oral ruling of the court on May 12, 2006.

BY THE COURT,

/s/ G. L. Lancaster, J.

cc:   All Counsel of Record