IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>      Plaintiff,<br><br>  v.<br><br>DAVISON ASSOCIATES, INC.,<br> et al.,<br>      Defendants. | )<br>)<br>)<br>)   Civil Action No. 97-1278<br>)<br>)<br>)<br>) |

ORDER

AND NOW, this 24th day of May, 2006, IT IS HEREBY ORDERED that the order of court, dated May 18, 2006, is amended as follows:

> "Defendants shall post a supersedeas bond in the amount of $12 million by **June 12, 2006**. Execution on the $26 million Judgment Order of March 17, 2006 is stayed until that date".

IT IS FURTHER ORDERED that, in all other aspects, the court's order of May 18, 2006 shall remain in full force and effect.

BY THE COURT,

_____, J.

cc: All Counsel of Record