IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 97-1278 |
| v. ) | |
| ) | |
| ) | |
| DAVISON ASSOCIATES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this __2nd__ day of June, 2006, upon consideration of defendants'

EMERGENCY MOTION TO AMEND THE AMOUNT OF THE SUPERSEDEAS BOND

[document #262] and the response thereto, IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT,

*[signature]*