UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | CIVIL ACTION NO. 97-1278 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. GARY L. LANCASTER |
| v. | ) | United States District Judge |
| | ) | |
| DAVISON & ASSOCIATES, INC., | ) | |
| GEORGE M. DAVISON III, THOMAS DOWLER, | ) | |
| BARBARA MIELE, MANUFACTURER'S SUPPORT | ) | |
| SERVICES, INC., and GORDON M. DAVISON | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| BARBARA DAVISON, | ) | |
| | ) | |
| Relief Defendant. | ) | |

## AMENDED ORDER

AND NOW, TO WIT- This 26th day of July, 2006, with the consent of the parties, the Stipulation Regarding Supersedeas Bond and Security Plan is approved and it is hereby ORDERED that the Clerk of Court shall receive the deposit of $2,934,339.00 in accordance with Local Rule 67.1. The Order of July 26, 2006, approving the amount of $2,994,339.00 is hereby vacated. The Orders entered June 23, 2006 (document #271) and July 5, 2006 (document #274) are vacated. Execution on the monetary judgment set forth in the Order dated March 17, 2006 is stayed pending the outcome of the appeal from that Order. The Hearing of 7/272006 is cancelled.

By the Court.

_____ J.
Gary L. Lancaster
United States District Judge