IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | CIVIL ACTION NO. 97-1278 |
| Plaintiff, | Judge Gary L. Lancaster |
| v. | |
| **DAVISON & ASSOCIATES, INC.,** et al., | |
| Defendants. | |

## STIPULATION AMENDING SUPERSEDEAS BOND ORDER DATED JULY 26, 2006

1. By stipulation dated July 25, 2006, the parties agreed to the terms of a supersedeas bond for an appeal filed by Defendants. The stipulation was approved by the Court on July 26, 2006 (Document # 283).

2. One of the terms of the supersedeas bond stipulation concerns funds belonging to Davison & Associates, Inc., now operating as Davison Design and Development, Inc. ("Davison"), but held by PNC Merchant Services. Paragraph 6.a. of the existing stipulation requires that if the funds are transferred back to the control of Davison the funds must be deposited with the Clerk of the Court.

3. The parties have reached a tentative agreed for settlement, which is currently before the Federal Trade Commission for final approval.

4. PNC Merchant Services has indicated the intention to deliver to Davison the funds previously held. The parties

stipulate and agree that funds from the PNC Merchant Services account may be delivered to and held by Davison in a separate interest bearing account and are not required to be deposited with the Clerk of the Court.

        Respectfully submitted,

        /s/ Steven W. Balster
        Bar No. IL 06189072
        Attorney for Plaintiff

        /s/ Michael Milgrom
        Bar No. Ohio 0012959
        Atttorney for Plaintiff

        /s/ Cynthia Reed Eddy
        PA Bar No. 58172
        Johnson & Eddy, LLC
        Attorney for Defendants

ORDERED, this 15th day of Aug, 2007.

_____
United States District Judge