UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | CIVIL ACTION NO. 97-1278 |
| Plaintiff, | ) ) ) | GARY L. LANCASTER United States District Judge |
| v. | ) ) | |
| DAVISON & ASSOCIATES, INC., et al. | ) ) | |
| Defendants, | ) ) | FILED ELECTRONICALLY |

## ORDER OF COURT

AND NOW, this __27__ day of __June__, 2008, upon consideration of the *Joint Motion for Permission to file Under Seal a Joint Motion to Approve Consent Order for Permanent Injunction,* it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **granted** and the Clerk of Court shall receive and file said Motion, and its attached proposed *Consent Order for Permanent Injunction,* Redacted and Unredacted copies, UNDER SEAL, and that the Unredacted copy shall remain UNDER SEAL.

GARY L. LANCASTER
United States District Judge

cc: All Counsel of Record