UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | CIVIL ACTION NO. 97-1278 |
| Plaintiff, | ) ) | GARY L. LANCASTER |
| | ) | United States District Judge |
| v. | ) ) | |
| DAVISON & ASSOCIATES, INC., et al. | ) ) | |
| Defendants, | ) ) | FILED ELECTRONICALLY |

## ORDER OF COURT

AND NOW, this 21st day of July, 2008, upon consideration of the Joint Motion to Transfer Funds from Deposit, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **granted** and the Clerk of Court shall withdraw the funds deposited pursuant to this Court's order of August 2, 2006 (Docket 285), consisting of $2,934,339.00 plus interest and transfer all such funds to plaintiff U.S. Federal Trade Commission, 1600 Pennsylvania Ave. N.W., Washington, D.C. 20580, according to instructions to be received from counsel for plaintiff. The clerk shall retain as fees the amount approved by the judicial conference as provided in the August 2, 2006 order.

_____
GARY L. LANCASTER
United States District Judge

CC: ALL COUNSEL
CLERK'S OFFICE - FINANCE